# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>H. TY KHARAZI, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00590-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>TWENTY-DAY DEADLINE |

On May 6, 2019, Frank Cruz ("Plaintiff") filed this action against H. Ty Kharazi, Yarra Law Group, Mel Abdelaziz, County of Fresno, Margaret Mims, and J. Puente (collectively Defendants") alleging that they posted a notice to vacate on his real property. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff states that he currently receives $2,000 per month from the State of California. (ECF No. 2 at 1.) Plaintiff also indicates that he receives $900 from his mother for rent and $600 for storage. Plaintiff's reported monthly income is $3,500 or $42,000 per year.

In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein). According to Plaintiff's

application he also supports his mother. The 2019 Poverty Guidelines for the 48 contiguous states for a household of two is $16,910.00. 2019 Poverty Guidelines, http://aspe.hhs.gov/poverty/19poverty.cfm (last visited May 18, 2019). Plaintiff's income as listed is well above the poverty guidelines indicating that he is not eligible to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within twenty (20) days of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **May 19, 2019**

UNITED STATES MAGISTRATE JUDGE