# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CRUZ,<br><br>        Plaintiff,<br><br>v.<br><br>H. TY KHARAZI, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00590-LJO-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT AND DIRECTING OFFICE OF THE CLERK TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF No. 2) |

On May 6, 2019, Frank Cruz ("Plaintiff") filed this action against H. Ty Kharazi, Yarra Law Group, Mel Abdelaziz, County of Fresno, Margaret Mims, and J. Puente (collectively Defendants") alleging that they posted a notice to vacate on his real property along with an application to proceed *in forma pauperis* in this action. (ECF Nos. 1, 2.) On May 20, 2019, an order issued requiring Plaintiff to complete and file a long form application to proceed without prepayment of fees or pay the filing fee within twenty days. (ECF No. 3.) On May 28, 2019, Plaintiff filed a first amended complaint. (ECF No. 4.) On June 7, 2019, Plaintiff paid the filing fee for this action and a request for judicial notice was filed by Defendant Kharazi regarding Plaintiff's financial status. (ECF No. 6.)

As Plaintiff has now paid the filing fee, his application to proceed *in forma pauperis* is HEREBY DISREGARDED as moot and the Office of the Clerk is DIRECTED to issue the summonses and new case documents in this matter. Plaintiff is directed to paragraph 1 of the

1

scheduling order to be issued in this action, which provides that the summons and complaint shall be served within 20 days of the filing of the complaint. Plaintiff shall promptly file proof of service with the Court upon completion of service.

IT IS SO ORDERED.

Dated: **June 10, 2019**

_____
UNITED STATES MAGISTRATE JUDGE