# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CRUZ,<br><br>        Plaintiff,<br><br>v.<br><br>H. TY KHARAZI, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00590-LJO-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO DECEMBER 2, 2019<br><br>(ECF No.) |

On May 6, 2019, Frank Cruz ("Plaintiff") filed this action against H. Ty Kharazi, Yarra Law Group, Mel Abdelaziz, County of Fresno, Margaret Mims, and J. Puente (collectively Defendants") alleging that they posted a notice to vacate on his real property. (ECF No. 1.) On June 11, 2019, new case documents issued and a mandatory scheduling conference was set in this matter for September 3, 2019. (ECF No. 9.)

On June 24, 2019, Defendants H. Ty Kharazi, Yarra Law Group and Mel Abdelaziz filed a motion to dismiss that was granted on August 7, 2019; and Defendants H. Ty Kharazi, Yarra Law Group and Mel Abdelaziz have been dismissed from this action. (ECF No. 17.) Plaintiff filed oppositions the same day that were addressed on August 12, 2019. (ECF No. 20.) On this same date, Plaintiff filed a motion for reconsideration of the order granting the motion to dismiss that is pending before the district judge. (ECF No. 21.)

Pursuant to the June 11, 2019 order setting the mandatory scheduling conference,

Plaintiff was ordered to "diligently pursue service of the summons and complaint and dismiss those defendants against whom plaintiff will not pursue claims. The plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 9 at 1.)

As of the date of this order, Plaintiff has not filed proof of service on the County of Fresno, Margaret Mims and J. Puente. Accordingly, the Court shall continue the scheduling conference to allow for service of the complaint and the filing of a responsive pleading. As set forth in the June 11, 2019 order, Plaintiff is again advised that he is required to comply with the timing requirements of Rule 4 of the Federal Rules of Civil Procedure in serving the summons and complaint and that failure to timely serve may result in the imposition of sanctions, including dismissal of the unserved defendants. (ECF No. 9 at 1-2.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for September 3, 2019, is CONTINUED to **December 2, 2019, at 3:30 p.m.** in Courtroom 9;
2. Plaintiff shall promptly file proof of service once the remaining defendants have been served; and
3. Failure to serve the defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure will result in the recommendation that the remaining defendants be dismissed.

IT IS SO ORDERED.

Dated: __**August 16, 2019**__

UNITED STATES MAGISTRATE JUDGE