# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>H. TY KHARAZI, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00590-LJO-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO FORWARD REQUEST FOR JUDICIAL NOTICE TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>(ECF No. 30) |

On May 6, 2019, Frank Cruz ("Plaintiff") filed this action against H. Ty Kharazi, Yarra Law Group, Mel Abdelaziz, County of Fresno, Margaret Mims, and J. Puente (collectively Defendants") alleging that they posted a notice to vacate on his real property. (ECF No. 1.) On August 7, 2019, Defendants Kharazi, Yarra Law Group, and Mel Abdelaziz's motion to dismiss was granted and these defendants were dismissed from the lawsuit. (ECF No. 17.) Plaintiff filed a notice of appeal on September 27, 2019, that was processed to the Ninth Circuit on September 30, 2019. (ECF Nos. 27, 28.) On October 4, 2019, Defendants Kharazi, Yarra Law Group, and Mel Abdelaziz filed a request for judicial notice and requested that it was forwarded to the Ninth Circuit.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to forward the request for judicial notice, filed October 4, 2019, to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: **October 7, 2019**

UNITED STATES MAGISTRATE JUDGE

1