# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>H. TY KHARAZI, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00590-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO SERVE IN COMPLIANCE WITH FED. R. CIV. P. 4(m)<br><br>(ECF No. 26) |

On May 6, 2019, Frank Cruz ("Plaintiff"), proceeding *pro se*, filed this action against H. Ty Kharazi, Yarra Law Group, Mel Abdelaziz, County of Fresno, Margaret Mims, and J. Puente (collectively Defendants") alleging that they posted a notice to vacate on his real property. (ECF No. 1.) On August 7, 2019, Defendants H. Ty Kharazi, Yarra Law Group, and Mel Abdelaziz motion to dismiss was granted and these defendants were terminated in this action.

On September 24, 2019, the magistrate judge issued findings and recommendations recommending that this matter be dismissed for Plaintiff's failure to serve the remaining defendants, County of Fresno, Margaret Mims, and J. Puente, in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and for failure to comply with a court order. The findings and recommendations provided that objections were to be filed within fourteen days. More than fourteen days have passed, and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

*de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed September 24, 2019, is ADOPTED IN FULL;
2. This matter is DISMISSED for Plaintiff's failure to serve Defendants County of Fresno, Margaret Mims, and J. Puente in compliance with Rule 4(m) of the Federal Rules of Civil Procedure and for failure to comply with a court order; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **October 17, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE